UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL BRAULT Derivatively and on behalf of Celadon Group, Inc., JOHN DETLEFSEN Consolidated from 1:18-cv-01868-SEB-DLP, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL WILL, <br> ROBERT LONG, <br> CATHERINE A. LANGHAM, <br> MICHAEL MILLER, <br> KENNETH BUCK, JR., <br> WILLIAM MEEK, <br> BOBBY PEAVLER, <br> BKD, LLP, <br> CELADON GROUP, INC. Nominal Defendant, <br><br> Defendants. | No. 1:18-cv-01424-JPH-DLP |

**Order Directing Filing of Documents Authorizing Dismissal**

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with

the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

    So ORDERED.

Date: 3/4/2019

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Timothy W. Brown
THE BROWN LAW FIRM PC
240 Townsend Square
Oyster Bay, NY 11771

Phillip Kim
THE ROSEN LAW FIRM PA
275 Madison Avenue, 34th Floor
New York, NY 10016