UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges Plaintiffs' Motion to Dismiss, dkt. 44.
> JPH, 5/29/2019
> Distribution via ECF.

| | |
|---|---|
| PAUL BRAULT Derivatively and on behalf of Celadon Group, Inc., JOHN DETLEFSEN Consolidated from 1:18-cv-01868-SEB-DLP, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL WILL, <br> ROBERT LONG, <br> CATHERINE A. LANGHAM, <br> MICHAEL MILLER, <br> KENNETH BUCK, JR., <br> WILLIAM MEEK, <br> BOBBY PEAVER, <br> BKD, LLP, <br> CELADON GROUP, INC. Nominal Defendant, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No. 1:18-cv-01424-JPH-DLP ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' MOTION TO DISMISS

COME NOW, the Plaintiffs, Paul Brault and John Detlefsen, by counsel, and respectfully request that this matter be dismissed and moves the Court to DISMISS WITH PREJUDICE the above-entitled cause of action and alleges and asserts that this cause of action has been fully compromised and settled with costs paid.

Respectfully submitted,

/s/ Jason A. Shartzer
Jason A. Shartzer, Atty. No. 23989-49
SHARTZER LAW FIRM, LLC
156 E. Market Street, Suite 1000
Indianapolis, IN 46204
Telephone: (317) 969-7600
Facsimile: (317) 969-7650
Email: jshartzer@shartzerlaw.com